```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 19-00221-HWV
Donell Talley                                                 Chapter 13
Tammy Irene Talley
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman            Page 1 of 3           Date Rcvd: Mar 05, 2019
                              Form ID: ntcnfhrg          Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db/jdb         +Donell Talley,   Tammy Irene Talley,   5488 Kenwood Avenue,    Harrisburg, PA 17112-3082
5151918        +AES/M&T BANK,   PO BOX 2461,    HARRISBURG, PA 17105-2461
5151919        +AES/PNC,   PO BOX 2461,    HARRISBURG, PA 17105-2461
5151920        +ALLEGHENY GENERAL HOSPITAL,    PATIENT BILLING,    320 E NORTH AVENUE,
                 PITTSBURGH, PA 15212-4756
5151922         ALLIED INTERSTATE LLC,    12755 HIGHWAY 55 STE 300,    MINNEAPOLIS, MN 55441-4676
5151925        +American Consumer Credit Counseling, Inc,    130 Rumford Avenue, Ste 202,
                 Auburndale, MA 02466-1371
5151928         BERKHEIMER ASSOCIATES,    50 N SEVENTH STREET,    BANGOR, PA 18013-1795
5151929         BUREAU OF ACCOUNT MGMT,   3607 ROSEMONT AVE STE 502,    PO BOX 8875,    CAMP HILL, PA 17001-8875
5151931        +CBCS,   PO BOX 2724,    COLUMBUS, OH 43216-2724
5151932         CCB/BOSCOV,   BANKRUPTCY NOTICES,    PO BOX 183043,   COLUMBUS, OH 43218-3043
5151933        +CENTRAL MEDICAL EQUIPMENT,    DBA DYNAMIC HEALTHCARE SERVICES,    35 SARHELM ROAD,
                 HARRISBURG, PA 17112-3339
5151935        +CHARLES K FETTERHOFF, JR, DMD,    4231 ELMERTON AVENUE,    HARRISBURG, PA 17109-2394
5151938        +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5151939        +COLL SVC CENTER,    PO BOX 1091,    HERMITAGE, PA 16148-0091
5151940        +COMCAST CABLE (BK Notices),    676 ISLAND POND ROAD,    MANCHESTER, NH 03109-4840
5151941         COML ACCEPT,   2300 GETTYSBURG RD, STE 102,    CAMP HILL, PA 17011-7303
5151943         COMM OF PA DEPT OF REVENUE,   BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
5151944         COMMONWEALTH OF PA,   DEPARTMENT OF REVENUE,    BUREAU OF INDIVIDUAL TAXES,    DEPT 280432,
                 HARRISBURG, PA 17128-0432
5151945        +COMMONWEALTH OF PA,   BUREAU OF UC BENEFITS/ALLOWANCES,    PO BOX 67503,
                 HARRISBURG, PA 17106-7503
5151946        +COMPUTER CREDIT, INC,    CLAIM DEPT 083307,   640 W FOURTH STREET,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
5151949        +DAUPHIN COUNTY PRISON,    501 MALL ROAD,   HARRISBURG, PA 17111-1299,
                 ATTN: INMATE ACCOUNTS DEPT
5162949         ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
5151952        +EDITH MARSHALL,    116 EDEN WAY COURT,   CRANBERRY TOWNSHIP, PA 16066-6730
5151954        +FAMS,   PO BOX 451437,    ATLANTA, GA 31145-1437
5151955        +FEDLOAN SERVICING,   PO BOX 60610,    HARRISBURG, PA 17106-0610
5151956        +GOODYEAR/CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
5151957        +HAYT, HAYT & LANDAU,    123 S BROAD ST, STE 1660,    PHILADELPHIA, PA 19109-1003
5151961        +KEYSTONE COLLECTIONS GROUP,    546 WENDEL ROAD,   IRWIN, PA 15642-7539
5151963        +LOWER PAXTON TOWNSHIP AUTHORITY,    425 PRINCE STREET,    HARRISBURG, PA 17109-3053
5151965        +M & T BANK COLLECTIONS (p),    1100 WHERLE DRIVE,   WILLIAMSVILLE, NY 14221-7748
5151967        +M&T BANK MORTGAGE,    LENDING SERVICES CORRESPONDENCE ADDRESS,    PO BOX 1288,
                 BUFFALO, NY 14240-1288
5151972        +PATHOLOGY ASSOC OF CEN PA,    4520 UNION DEPOSIT ROAD,    HARRISBURG, PA 17111-2910
5151973        +PAXTON FAMILY DENTAL,    5690 ALLENTOWN BLVD #100,    HARRISBURG, PA 17112-4052
5151974        #+PENN CREDIT CORP,    916 S 14TH STREET,   HARRISBURG, PA 17104-3425
5151975        +QUEST DIAGNOSTICS,    C/O PATIENT BANKRUPTCY SERVICES,    PO BOX 740775,
                 CINCINNATI, OH 45274-0775
5151976         SANTANDER CONSUMER USA,    BANKRUPTCY DEPARTMENT,    PO BOX 560284,   DALLAS, TX 75356-0284
5151977        +SUEZ WATER PENNSYLVANIA,    CUSTOMER SERVICE CENTER,    8189 ADAMS DRIVE,
                 HUMMELSTOWN, PA 17036-8625
5151978        +Susquehanna Valley Surgery Center,    4310 Londonderry Rd, Suite #1,    Harrisburg, PA 17109-5302
5151982        +TAIRA KIYONA TALLEY,   5488 KENWOOD AVENUE,    HARRISBURG, PA 17112-3082
5151983        +THE ARLINGTON GROUP,    PO BOX 6507,   805 SIR THOMAS COURT,    HARRISBURG, PA 17109-4839
5151984        +THE CARRIAGE HOUSE,    PO BOX 125,   POCONO MANOR, PA 18349-0125
5151985        +TRISTAN RADIOLOGY SPECIALISTS PC,    4520 UNION DEPOSIT RD,    HARRISBURG, PA 17111-2910
5151986        +UNITED COLLECTION BUREAU INC,    5620 SOUTHWYCK BLVD SUITE 206,    TOLEDO, OH 43614-1501
5151987        +UPMC PINNACLE HEALTH HOSPITALS,    PO BOX 2353,   HARRISBURG, PA 17105-2353
5151988        +USDOE/GLELSI,   2401 INTERNATIONAL,    MADISON, WI 53704-3121
5151990        +WAYPOINT RESOURCE GROUP LLC,    PO BOX 8588,   ROUND ROCK, TX 78683-8588
5151991         WESTERN ALLIANCE BANK,    BILLING AND CORRESPONDENCE,    PO BOX 927830,
                 SAN DIEGO, CA 92192-7830
5151992         WF/BOBS,   CBDRU-PCM,    WINSTON SALEM, NC 27102
5165517         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5151921        +E-mail/Text: kristin.villneauve@allianceoneinc.com Mar 05 2019 19:34:24     ALLIANCE ONE,
                 4850 STREET RD SUITE 300,    TREVOSE, PA 19053-6643
5151923         E-mail/Text: bnc@alltran.com Mar 05 2019 19:34:49     ALLTRAN FINANCIAL LP,   PO BOX 722929,
                 HOUSTON, TX 77272-2929
5151924        +E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2019 19:34:24     ALLY,   PO BOX 130424,
                 ROSEVILLE, MN 55113-0004
5151926        +E-mail/Text: ACF-EBN@acf-inc.com Mar 05 2019 19:34:24     ATLANTIC CREDIT & FINANCE,
                 3353 ORANGE AVENUE NE,    ROANOKE, VA 24012-6335
5151927        +E-mail/Text: bankruptcies@banfield.net Mar 05 2019 19:35:29     BANFIELD PET HOSPITAL,
                 18101 SE 6TH WAY,    VANCOUVER, WA 98683-7509
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5151930           E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 19:41:18
                  CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5151934          +E-mail/Text: dehartstaff@pamd13trustee.com Mar 06 2019 09:38:15        CHARLES J DEHART, III, ESQ.,
                  8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
5151937           E-mail/Text: bankruptcycollections@citadelbanking.com Mar 05 2019 19:35:30        CITADEL FCU,
                  520 EAGLEVIEW BLVD,    EXTON, PA 19341-1119
5151942           E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 05 2019 19:35:41        COMM OF PA DEPT L&I,
                  READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
5151947          +E-mail/PDF: creditonebknotifications@resurgent.com Mar 05 2019 19:42:27        CREDIT ONE BANK,
                  PO BOX 98873,   LAS VEGAS, NV 89193-8873
5151948           E-mail/PDF: creditonebknotifications@resurgent.com Mar 05 2019 19:42:02        CREDITONE BANK,
                  CUSTOMER BILLING AND CORRESPONDENCE,     PO BOX 98873,   LAS VEGAS, NV 89193-8873
5160214           E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 05 2019 19:41:46
                  Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                  Charlotte, NC  28272-1083
5151950           E-mail/Text: mrdiscen@discover.com Mar 05 2019 19:34:24        DISCOVER BANK,   12 READS WAY,
                  NEW CASTLE, DE 19720
5151951          +E-mail/Text: bankruptcy.bnc@ditech.com Mar 05 2019 19:34:59        DITECH FINANCIAL LLC,
                  BANKRUPTCY NOTICES,    1400 TURBINE DRIVE,    RAPID CITY, SD 57703-4719
5154312           E-mail/Text: mrdiscen@discover.com Mar 05 2019 19:34:24        Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
5151953          +E-mail/Text: bknotice@ercbpo.com Mar 05 2019 19:35:19        ENHANCED RECOVERY CORP,
                  8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
5151959           E-mail/Text: cio.bncmail@irs.gov Mar 05 2019 19:34:54        INTERNAL REVENUE SERVICE - CIO,
                  PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5151962           E-mail/Text: ktramble@lendmarkfinancial.com Mar 05 2019 19:34:20
                  LENDMARK FINANCIAL SERVICES LLC,     ATTN: BK DEPT,   2118 USHER STREET NW,
                  COVINGTON, GA 30014
5151964          +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2019 19:41:31        LVNV FUNDING LLC,
                  BK NOTICES,   55 BEATTIE PL STE 110 MS576,     GREENVILLE, SC 29601-2165
5157230           E-mail/Text: resurgentbknotifications@resurgent.com Mar 05 2019 19:42:06        LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5151966           E-mail/Text: camanagement@mtb.com Mar 05 2019 19:35:00        M&T BANK,   1100 WEHRLE DRIVE,
                  WILLIAMSVILLE, NY 14221
5151968          +E-mail/Text: unger@members1st.org Mar 05 2019 19:35:39        MEMBERS 1ST FCU,   5000 LOUISE DR,
                  PO BOX 40,   MECHANICSBURG, PA 17055-0040
5151969          +E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 19:35:13        MIDLAND CREDIT MANAGEMENT, INC.,
                  2365 NORTHSIDE DR, STE 300,    SAN DIEGO, CA 92108-2709
5151970          +E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 19:35:13        MIDLAND FUNDING LLC,
                  2365 NORTHSIDE DR STE 300,    SAN DIEGO, CA 92108-2709
5166144          +E-mail/Text: bankruptcydpt@mcmcg.com Mar 05 2019 19:35:13        Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
5151971           E-mail/Text: Bankruptcies@nragroup.com Mar 05 2019 19:35:42        NATIONAL RECOVERY AGENCY,
                  PO BOX 67015,   HARRISBURG PA 17106-7015
5152131          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 05 2019 19:42:26
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5155269           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2019 19:35:08
                  Pennsylvania Department of Revenue,     Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
5151979           E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 19:42:20        SYNCB/CARE,   BK NOTICES,
                  PO BOX 965061,   ORLANDO, FL 32896-5061
5151980          +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2019 19:41:43        SYNCB/WALMART,   PO BOX 965024,
                  ORLANDO, FL 32896-5024
5151981           E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Mar 05 2019 19:42:18
                  T-MOBILE BANKRUPTCY DEPT,    PO BOX 37380,    ALBUQUERQUE, NM 87176
5151989           E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 05 2019 19:34:21
                  VERIZON BANKRUPTCY DEPT,    500 TECHNOLOGY DR, STE 550,    SAINT CHARLES, MO 63304-2225
                                                                                                 TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5151936          CHRIST GRANT
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5151960*         IRS CENTRALIZED INSOLVENCY ORGANIZATION,     PO BOX 7346,    PHILADELPHIA, PA 19101-7346
5151958         ##IC SYSTEM,   444 HIGHWAY 96 EAST,    PO BOX 64794,    ST PAUL, MN 55164-0794
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Tammy Irene Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Donell  Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt     on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Donell  Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Tammy Irene Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Donell Talley,

**Debtor 1**

Tammy Irene Talley,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−00221−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 3, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: April 10, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 5, 2019 |

ntcnfhrg (03/18)