```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00221-HWV
Donell Talley                                                   Chapter 13
Tammy Irene Talley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: REshelman        Page 1 of 1            Date Rcvd: Apr 18, 2019
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
5165517        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Tammy Irene Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Donell  Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Donell  Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Tammy Irene Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DONELL TALLEY | : | |
| TAMMY IRENE TALLEY, | : | CASE NO. 1:19-bk-00221 |
|     Debtors | : | |
| | : | |
| DONELL TALLEY | : | |
| TAMMY IRENE TALLEY, | : | |
|     Movants | : | |
| v. | : | |
| WELLS FARGO BANK, NA, | : | OBJECTION TO CLAIM # 9 |
|     Respondent/Claimant | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### O R D E R

    UPON CONSIDERATION of the Objection to Proof of Claim filed by the Debtors, it is hereby

    ORDERED that the claim of the Respondent is disallowed and dismissed; it is further

    ORDERED that the Claimant is precluded from presenting the omitted information as evidence in any contested matter or adversary proceeding pursuant to Rule 3001(c)(2)(D)(i)

Dated: April 18, 2019          By the Court,

                                                     *Henry W. Van Eck* (signature)
                                          Henry W. Van Eck, Bankruptcy Judge (JH)