```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                        Case No. 19-00221-HWV
Donell Talley                                                 Chapter 13
Tammy Irene Talley
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge              Page 1 of 1       Date Rcvd: Apr 29, 2019
                              Form ID: ntcltrdb          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2019.
5151928        BERKHEIMER ASSOCIATES,    50 N SEVENTH STREET,    BANGOR, PA 18013-1795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Tammy Irene Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Donell  Talley DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              James  Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Donell  Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              Kara Katherine Gendron    on behalf of Debtor 2 Tammy Irene Talley karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Donell Talley,

**Debtor 1**

Tammy Irene Talley,

**Debtor 2**

Chapter 13

Case No. 1:19−bk−00221−HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#24) has been filed by the Debtor on behalf of Berkheimer Associates in the amount of $0.00.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 29, 2019

ntcltrdb 05/18