UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

DONELL TALLEY
TAMMY IRENE TALLEY

Debtor(s)

CASE NO. 19-bk-00221-HWV

CHAPTER 13

## WITHDRAWAL OF APPEARANCE/ENTRY OF APPEARANCE WITHOUT PREJUDICE

Kindly withdraw the appearance of James Valecko as attorney for CITADEL FEDERAL CREDIT UNION and enter Milos Gvozdenovic as attorney for CITADEL FEDERAL CREDIT UNION without prejudice in all matters for the duration of this bankruptcy case.

Date: 10/13/2023

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com

/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>DONELL TALLEY<br>TAMMY IRENE TALLEY<br><br>Debtor(s) | CASE NO. 19-bk-00221-HWV<br><br>CHAPTER 13 |

### CERTIFICATE OF SERVICE

I, Milos Gvozdenovic Esquire, attorney for CITADEL FEDERAL CREDIT UNION, do hereby certify that true and correct copies of the Withdrawal of Appearance/Entry of Appearance without prejudice has been served on October 13, 2023, upon those listed below:

**Service by First-Class Mail**:

DONELL TALLEY , Debtor
5488 Kenwood Avenue
Harrisburg, PA 17112

TAMMY IRENE TALLEY, Co-Debtor
5488 Kenwood Avenue
Harrisburg, PA 17112

**and Service by NEF/ECF**:

Kara Katherine Gendron, Debtors Attorney at karagendron@gmail.com
Dorothy L Mott, Debtors Attorney at DorieMott@aol.com
Jack N Zaharopoulos, Trustee at info@pamd13trustee.com
OFFICE OF THE UNITED STATES TRUSTEE at ustpregion03.ha.ecf@usdoj.gov


WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-739-5647
mgvozdenvoic@weltman.com


/s/ James Valecko
James Valecko
Weltman, Weinberg & Reis Co., L.P.A
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
412-434-7958
jimvalecko@weltman.com