| In re: | Case No. 19-00221-HWV |
|---|---|
| Donell Talley | Chapter 13 |
| Tammy Irene Talley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: 3180W | Total Noticed: 93 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donell Talley, Tammy Irene Talley, 5488 Kenwood Avenue, Harrisburg, PA 17112-3082 |
| 5151918 | + | AES/M&T BANK, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5151920 | + | ALLEGHENY GENERAL HOSPITAL, PATIENT BILLING, 320 E NORTH AVENUE, PITTSBURGH, PA 15212-4756 |
| 5151925 | + | American Consumer Credit Counseling, Inc, 130 Rumford Avenue, Ste 202, Auburndale, MA 02466-1371 |
| 5151933 | + | CENTRAL MEDICAL EQUIPMENT, DBA DYNAMIC HEALTHCARE SERVICES, 35 SARHELM ROAD, HARRISBURG, PA 17112-3339 |
| 5151935 | + | CHARLES K FETTERHOFF, JR, DMD, 4231 ELMERTON AVENUE, HARRISBURG, PA 17109-2314 |
| 5151939 | + | COLL SVC CENTER, PO BOX 1091, HERMITAGE, PA 16148-0091 |
| 5151943 | | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17121-0946 |
| 5151944 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAXES, DEPT 280432, HARRISBURG, PA 17128-0432 |
| 5151949 | + | DAUPHIN COUNTY PRISON, 501 MALL ROAD, HARRISBURG, PA 17111-1299, ATTN: INMATE ACCOUNTS DEPT |
| 5151952 | + | EDITH MARSHALL, 116 EDEN WAY COURT, CRANBERRY TOWNSHIP, PA 16066-6730 |
| 5151953 | + | ENHANCED RECOVERY CORP, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 5151954 | + | FAMS, PO BOX 451437, ATLANTA, GA 31145-1437 |
| 5151955 | + | FEDLOAN SERVICING, PO BOX 60610, HARRISBURG, PA 17106-0610 |
| 5151957 | + | HAYT, HAYT & LANDAU, 123 S BROAD ST, STE 1660, PHILADELPHIA, PA 19109-1003 |
| 5151963 | + | LOWER PAXTON TOWNSHIP AUTHORITY, 425 PRINCE STREET, HARRISBURG, PA 17109-3053 |
| 5151965 | + | M & T BANK COLLECTIONS (p), 1100 WHERLE DRIVE, WILLIAMSVILLE, NY 14221-7748 |
| 5151972 | + | PATHOLOGY ASSOC OF CEN PA, 4520 UNION DEPOSIT ROAD, HARRISBURG, PA 17111-2910 |
| 5151973 | + | PAXTON FAMILY DENTAL, 5690 ALLENTOWN BLVD #100, HARRISBURG, PA 17112-4052 |
| 5151977 | + | SUEZ WATER PENNSYLVANIA, CUSTOMER SERVICE CENTER, 8189 ADAMS DRIVE, HUMMELSTOWN, PA 17036-8625 |
| 5151978 | + | Susquehanna Valley Surgery Center, 4310 Londonderry Rd, Suite #1, Harrisburg, PA 17109-5302 |
| 5151982 | + | TAIRA KIYONA TALLEY, 5488 KENWOOD AVENUE, HARRISBURG, PA 17112-3082 |
| 5151983 | + | THE ARLINGTON GROUP, PO BOX 6507, 805 SIR THOMAS COURT, HARRISBURG, PA 17109-4816 |
| 5151984 | + | THE CARRIAGE HOUSE, PO BOX 125, POCONO MANOR, PA 18349-0125 |
| 5151985 | + | TRISTAN RADIOLOGY SPECIALISTS PC, 4520 UNION DEPOSIT RD, HARRISBURG, PA 17111-2910 |
| 5178716 | | The Bank of New York Mellon Trust Company N.A. fka, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 5178714 | | The New York Mellon Trust Company N.A. fka The Ban, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | | |
| | | | Dec 18 2024 23:42:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5151919 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Dec 18 2024 18:47:00 | AES/PNC, PO BOX 2461, HARRISBURG, PA 17105-2461 |
| 5151921 | + | Email/Text: kristin.villneauve@allianceoneinc.com | | |
| | | | Dec 18 2024 18:47:00 | ALLIANCE ONE, 4850 STREET RD SUITE 300, |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | TREVOSE, PA 19053-6643 |
| 5151922 | ^ | MEBN | Dec 18 2024 18:45:03 | ALLIED INTERSTATE LLC, 12755 HIGHWAY 55 STE 300, MINNEAPOLIS, MN 55441-4676 |
| 5151923 | | EDI: URSI.COM | Dec 18 2024 23:42:00 | ALLTRAN FINANCIAL LP, PO BOX 722929, HOUSTON, TX 77272-2929 |
| 5151924 | + | EDI: GMACFS.COM | Dec 18 2024 23:42:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5424249 | + | EDI: AISACG.COM | Dec 18 2024 23:42:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5172705 | | EDI: GMACFS.COM | Dec 18 2024 23:42:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5151927 | + | Email/Text: bankruptcies@banfield.net | Dec 18 2024 18:48:00 | BANFIELD PET HOSPITAL, 18101 SE 6TH WAY, VANCOUVER, WA 98683-7509 |
| 5151928 | | Email/Text: dltlegal@hab-inc.com | Dec 18 2024 18:47:00 | BERKHEIMER ASSOCIATES, 50 N SEVENTH STREET, BANGOR, PA 18013-1795 |
| 5151929 | | Email/Text: Bankruptcy@BAMcollections.com | Dec 18 2024 18:47:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5151930 | | EDI: CAPITALONE.COM | Dec 18 2024 23:42:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5151931 | ^ | MEBN | Dec 18 2024 18:44:45 | CBCS, PO BOX 2724, COLUMBUS, OH 43216-2724 |
| 5151932 | | EDI: WFNNB.COM | Dec 18 2024 23:42:00 | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5151937 | | Email/Text: bankruptcycollections@citadelbanking.com | Dec 18 2024 18:48:00 | CITADEL FCU, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 5151938 | + | EDI: CITICORP | Dec 18 2024 23:42:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5174633 | + | EDI: COMCASTCBLCENT | Dec 18 2024 23:42:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5151940 | + | EDI: COMCASTCBLCENT | Dec 18 2024 23:42:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5151941 | | Email/Text: dylan.succa@commercialacceptance.net | Dec 18 2024 18:47:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5151942 | | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 18 2024 18:48:00 | COMM OF PA DEPT L&I, READING B&C UNIT UTCS, 625 CHERRY ST ROOM 203, READING, PA 19602-1152 |
| 5151946 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Dec 18 2024 18:47:00 | COMPUTER CREDIT, INC, CLAIM DEPT 083307, 640 W FOURTH STREET, PO BOX 5238, WINSTON SALEM, NC 27113-5238 |
| 5151947 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 18:59:14 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5151948 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 19:00:02 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5160214 | | EDI: CAPITALONE.COM | Dec 18 2024 23:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5183982 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 18 2024 18:47:00 | Central Dauphin SD c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5151945 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 18 2024 18:47:00 | COMMONWEALTH OF PA, BUREAU OF UC |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | BENEFITS/ALLOWANCES, PO BOX 67503, HARRISBURG, PA 17106 |
| 5151950 | | EDI: DISCOVER | Dec 18 2024 23:42:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 5154312 | | EDI: DISCOVER | Dec 18 2024 23:42:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5162949 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 18 2024 18:48:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 5151956 | + | EDI: CITICORP | Dec 18 2024 23:42:00 | GOODYEAR/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5151958 | | EDI: LCIICSYSTEM | Dec 18 2024 23:42:00 | IC SYSTEM, 444 HIGHWAY 96 EAST, PO BOX 64794, ST PAUL, MN 55164-0794 |
| 5151959 | | EDI: IRS.COM | Dec 18 2024 23:42:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5151934 | | Email/Text: info@pamd13trustee.com | Dec 18 2024 18:47:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5151961 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 18 2024 18:47:00 | KEYSTONE COLLECTIONS GROUP, 546 WENDEL ROAD, IRWIN, PA 15642-7539 |
| 5151962 | | Email/Text: bk@lendmarkfinancial.com | Dec 18 2024 18:47:00 | LENDMARK FINANCIAL SERVICES LLC, ATTN: BK DEPT, 2118 USHER STREET NW, COVINGTON, GA 30014 |
| 5151964 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 19:00:02 | LVNV FUNDING LLC, BK NOTICES, 55 BEATTIE PL STE 110 MS576, GREENVILLE, SC 29601-2165 |
| 5157230 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 18 2024 18:59:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5183987 | + | Email/Text: Bankruptcy@keystonecollects.com | Dec 18 2024 18:47:00 | Lower Paxton Twp c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 5151966 | | Email/Text: camanagement@mtb.com | Dec 18 2024 18:48:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5178412 | | Email/Text: camanagement@mtb.com | Dec 18 2024 18:48:00 | M&T Bank, P.O Box 840, Buffalo, NY 14240-0840 |
| 5173739 | + | Email/Text: camanagement@mtb.com | Dec 18 2024 18:48:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5151967 | + | Email/Text: camanagement@mtb.com | Dec 18 2024 18:48:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5151968 | + | Email/Text: unger@members1st.org | Dec 18 2024 18:48:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5151969 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2024 18:48:00 | MIDLAND CREDIT MANAGEMENT, INC., 2365 NORTHSIDE DR, STE 300, SAN DIEGO, CA 92108-2710 |
| 5151970 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2024 18:48:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5166144 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2024 18:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5151971 | | Email/Text: Bankruptcies@nragroup.com | Dec 18 2024 18:48:00 | NATIONAL RECOVERY AGENCY, PO BOX 67015, HARRISBURG PA 17106-7015 |
| 5320170 | | Email/Text: mtgbk@shellpointmtg.com | Dec 18 2024 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320171 | | Email/Text: mtgbk@shellpointmtg.com | Dec 18 2024 18:47:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5152131 | + | EDI: PRA.COM | Dec 18 2024 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5155269 | | EDI: PENNDEPTREV | Dec 18 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5155269 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2024 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5151975 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 18 2024 18:48:00 | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 5151976 | | Email/Text: enotifications@santanderconsumerusa.com | Dec 18 2024 18:48:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5151979 | | EDI: SYNC | Dec 18 2024 23:42:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5151980 | + | EDI: SYNC | Dec 18 2024 23:42:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5151981 | | EDI: AISTMBL.COM | Dec 18 2024 23:42:00 | T-MOBILE BANKRUPTCY DEPT, PO BOX 37380, ALBUQUERQUE, NM 87176 |
| 5196160 | ^ | MEBN | Dec 18 2024 18:45:15 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5151986 | + | Email/Text: BAN5620@UCBINC.COM | Dec 18 2024 18:47:00 | UNITED COLLECTION BUREAU INC, 5620 SOUTHWYCK BLVD SUITE 206, TOLEDO, OH 43614-1501 |
| 5151987 | ^ | MEBN | Dec 18 2024 18:45:08 | UPMC PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 5524251 | + | Email/Text: EBN@edfinancial.com | Dec 18 2024 18:47:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 5151988 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 18 2024 18:48:00 | USDOE/GLELSI, 2401 INTERNATIONAL, MADISON, WI 53704-3121 |
| 5151989 | | EDI: VERIZONCOMB.COM | Dec 18 2024 23:42:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5151990 | ^ | MEBN | Dec 18 2024 18:44:27 | WAYPOINT RESOURCE GROUP LLC, PO BOX 8588, ROUND ROCK, TX 78683-8588 |
| 5151991 | | Email/Text: distBankruptcyNotice@ClearBalance.org | Dec 18 2024 18:48:00 | WESTERN ALLIANCE BANK, BILLING AND CORRESPONDENCE, PO BOX 927830, SAN DIEGO, CA 92192-7830 |
| 5151992 | | EDI: WFFC | Dec 18 2024 23:42:00 | WF/BOBS, CBDRU-PCM, WINSTON SALEM, NC 27102 |
| 5165517 | | EDI: WFFC2 | Dec 18 2024 23:42:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5151936 | | CHRIST GRANT |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5151960 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5151926 | ##+ | ATLANTIC CREDIT & FINANCE, 3353 ORANGE AVENUE NE, ROANOKE, VA 24012-6335 |
| 5151951 | ##+ | DITECH FINANCIAL LLC, BANKRUPTCY NOTICES, 1400 TURBINE DRIVE, RAPID CITY, SD 57703-4719 |
| 5151974 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

TOTAL: 1 Undeliverable, 2 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor M&T BANK blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Tammy Irene Talley DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Donell Talley DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Donell Talley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Tammy Irene Talley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage laura.egerman@mccalla.com legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com |
| Milos Gvozdenovic | on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com  pitecf@weltman.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Donell Talley | Social Security number or ITIN xxx–xx–0303 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Tammy Irene Talley | Social Security number or ITIN xxx–xx–7598 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–00221–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Donell Talley                          Tammy Irene Talley

12/18/24

**By the court:**   *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**