IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 1:19-bk-00221-HWV |
| DONNELL TALLEY, AND | ) | CHAPTER 13 |
| TAMMY IRENE TALLEY, | ) | JUDGE HENRY W. VAN ECK |
| | ) | |
| DEBTORS. | ) | |
| | ) | |
| THE BANK OF NEW YORK MELLON TRUST | ) | |
| COMPANY N.A. FKA THE BANK OF NEW YORK | ) | |
| TRUST COMPANY, N.A., AS SUCCESSOR TO | ) | |
| JPMORGAN CHASE BANK, N.A., AS TRUSTEE | ) | |
| FOR GMACM HOME EQUITY LOAN TRUST | ) | |
| 2006-HE3, AS SERVICED BY NEWREZ LLC | ) | |
| D/B/A SHELLPOINT MORTGAGE SERVICING, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| DONNELL TALLEY AND TAMMY IRENE | ) | |
| TALLEY, DEBTORS, AND | ) | |
| JACK N. ZAHAROPOULOS, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Trust Company, N.A., as successor to JPMorgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE3 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 13th day of January 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th day of January 2025.

*DEBTORS*
DONELL TALLEY
TAMMY IRENE TALLEY
5488 KENWOOD AVENUE
HARRISBURG, PA 17112

*DEBTORS COUNSEL*
KARA KATHERINE GENDRON
DOROTHY L. MOTT
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101
KARAGENDRON@GMAIL.COM
DORIEMOTT@AOL.COM

*TRUSTEE*
JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102
USTPREGION03.HA.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*