**Fill in this information to identify the case:**

Debtor 1    Donell  Talley

Debtor 2    Tammy Irene Talley
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number    <u>19-00221 HWV</u>

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of Creditor:**        M&T Bank                                    **Court claim no.** (if known):    18

**Last 4 digits** of any number you use to identify the debtor's account:    0847

**Property address:**

5488 Kenwood Avenue
Harrisburg, PA 17112

## Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.    Total postpetition ongoing payments due: | (a) | $ 1,251.12 |
| b.    Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 0.00 |
| c.    **Total.** Add lines a and b. | (c) | $ 1,251.12 |

Creditor asserts that the debtor(s) are contractually obligated for    12 / 01 / 2024
the postpetition payment(s) that first became due on:

Document ID: 2323ef602067386f3b5eea0675e9358f2f920998c35a5529cb5ad5f3844116f

---

**Part 4:**  **Itemized Payment History**

---

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:**  **Sign Here**

---

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/ *Brent J. Lemon*
_____
Brent Lemon
13 Jan 2025, 10:21:48, EST

Date    01/13/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Donell Talley
       Tammy Irene Talley

                    Debtor(s)

M&T Bank
                    Movant

       vs.

Donell Talley
Tammy Irene Talley

                    Debtor(s)

Jack N. Zaharopoulos,

                    Trustee

**BK NO. 19-00221 HWV**

**Chapter 13**

**Related to Claim No. 18**

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 14, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Donell Talley
5488 Kenwood Avenue
Harrisburg, PA 17112

Tammy Irene Talley
5488 Kenwood Avenue
Harrisburg, PA 17112

<u>Attorney for Debtor(s) (via ECF)</u>
Kara Katherine Gendron, Esq.
125 State Street
Harrisburg, PA 17101

Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>January 14, 2025</u>

**/s/ Brent J. Lemon**
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Loan Number:** | | | | | **Filing date:** | 1/18/2019 | | |
| **Mortgagor Last Name:** | | Talley | | | **Case#:** | 19-00221 | | |
| **Property Address:** | | 5488 Kenwood Avenue Harrisburg PA 17112 | | | | | | |
| | | | | | | | | |
| **Date Produced:** | | 1/10/2025 | | | | | | |

## LPS COMPARISON

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 1/18/2019 | $570.92 | 1/1/2019 | $570.92 | $570.92 | $0.00 | $0.00 | $0.00 | POC |
| 2/21/2019 | $562.40 | **2/1/2019** | $562.40 | **$562.40** | $0.00 | $0.00 | $0.00 | |
| 3/21/2019 | $562.40 | 3/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 4/3/2019 | $562.40 | 4/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 5/7/2019 | $562.40 | 5/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 6/20/2019 | $562.40 | 6/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 7/15/2019 | $562.40 | 7/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 8/15/2019 | $562.40 | 8/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 9/16/2019 | $562.40 | 9/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 10/18/2019 | $562.40 | 10/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 11/20/2019 | $562.40 | 11/1/2019 | $562.40 | $562.40 | $0.00 | $0.00 | $0.00 | |
| 12/24/2019 | $626.46 | **12/1/2019** | $626.46 | **$626.46** | $0.00 | $0.00 | $0.00 | PCN on file |
| 1/21/2020 | $626.46 | 1/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 2/19/2020 | $626.46 | 2/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 3/16/2020 | $626.46 | 3/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 4/17/2020 | $626.46 | 4/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 5/18/2020 | $626.46 | 5/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 7/15/2020 | $626.46 | suspense | $0.00 | $0.00 | $0.00 | $626.46 | $626.46 | |
| 7/16/2020 | $626.46 | suspense | $0.00 | $0.00 | $0.00 | $626.46 | $1,252.92 | |
| 7/16/2020 | $0.00 | 6/1/2020 | $626.46 | $626.46 | $0.00 | -$626.46 | $626.46 | |
| 7/17/2020 | $0.00 | 7/1/2020 | $626.46 | $626.46 | $0.00 | -$626.46 | $0.00 | |
| 8/14/2020 | $626.46 | 8/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 9/16/2020 | $626.46 | 9/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 10/19/2020 | $626.46 | 10/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 11/16/2020 | $626.46 | 11/1/2020 | $626.46 | $626.46 | $0.00 | $0.00 | $0.00 | |
| 12/17/2020 | $610.78 | **12/1/2020** | $610.78 | **$610.78** | $0.00 | $0.00 | $0.00 | PCN on file |
| 1/15/2021 | $610.78 | 1/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 1/22/2021 | $35.79 | Trustee | $0.00 | $0.00 | $0.00 | $35.79 | $35.79 | |
| 1/25/2021 | $0.00 | pre-pet escrow | $35.79 | $35.79 | $0.00 | -$35.79 | $0.00 | |
| 2/17/2021 | $610.78 | 2/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 2/23/2021 | $44.00 | Trustee | $0.00 | $0.00 | $0.00 | $44.00 | $44.00 | |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE | |
|---|---|---|---|---|---|---|---|---|
| 2/24/2021 | $0.00 | pre-pet escrow | $44.00 | $44.00 | $0.00 | -$44.00 | $0.00 | |
| 3/17/2021 | $610.78 | 3/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 4/22/2021 | $610.78 | 4/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 5/14/2021 | $610.78 | 5/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 6/21/2021 | $610.78 | 6/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 7/16/2021 | $610.78 | 7/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 8/19/2021 | $68.42 | Trustee | $0.00 | $0.00 | $0.00 | $68.42 | $68.42 | |
| 8/19/2021 | $610.78 | 8/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $68.42 | |
| 8/20/2021 | $0.00 | pre-pet escrow | $5.35 | $5.35 | $0.00 | -$5.35 | $63.07 | |
| 8/20/2021 | $0.00 | Insp fee 1 | $28.00 | $28.00 | $0.00 | -$28.00 | $35.07 | |
| 8/20/2021 | $0.00 | pre-pet LC | $35.07 | $35.07 | $0.00 | -$35.07 | $0.00 | |
| 9/17/2021 | $45.44 | Trustee | $0.00 | $0.00 | $0.00 | $45.44 | $45.44 | |
| 9/20/2021 | $0.00 | pre-pet LC | $45.44 | $45.44 | $0.00 | -$45.44 | $0.00 | |
| 9/20/2021 | $610.78 | 9/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 10/18/2021 | $610.78 | 10/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 10/21/2021 | $45.44 | Trustee | $0.00 | $0.00 | $0.00 | $45.44 | $45.44 | |
| 10/22/2021 | $0.00 | pre-pet LC | $45.44 | $45.44 | $0.00 | -$45.44 | $0.00 | |
| 11/17/2021 | $610.78 | 11/1/2021 | $610.78 | $610.78 | $0.00 | $0.00 | $0.00 | |
| 11/22/2021 | $44.14 | Trustee | $0.00 | $0.00 | $0.00 | $44.14 | $44.14 | |
| 11/23/2021 | $0.00 | pre-pet LC | $44.14 | $44.14 | $0.00 | -$44.14 | $0.00 | |
| 12/16/2021 | $611.80 | **12/1/2021** | $611.80 | **$611.80** | $0.00 | $0.00 | $0.00 | PCN on file |
| 12/21/2021 | $44.15 | Trustee | $0.00 | $0.00 | $0.00 | $44.15 | $44.15 | |
| 12/22/2021 | $0.00 | pre-pet LC | $44.15 | $44.15 | $0.00 | -$44.15 | $0.00 | |
| 1/21/2022 | $611.80 | 1/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 1/26/2022 | $44.13 | Trustee | $0.00 | $0.00 | $0.00 | $44.13 | $44.13 | |
| 1/27/2022 | $0.00 | pre-pet LC | $44.13 | $44.13 | $0.00 | -$44.13 | $0.00 | |
| 2/22/2022 | $611.80 | 2/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 2/28/2022 | $44.14 | Trustee | $0.00 | $0.00 | $0.00 | $44.14 | $44.14 | |
| 3/1/2022 | $0.00 | pre-pet LC | $44.14 | $44.14 | $0.00 | -$44.14 | $0.00 | |
| 3/16/2022 | $611.80 | 3/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 3/21/2022 | $36.09 | Trustee | $0.00 | $0.00 | $0.00 | $36.09 | $36.09 | |
| 3/22/2022 | $0.00 | pre-pet LC | $36.09 | $36.09 | $0.00 | -$36.09 | $0.00 | |
| 4/19/2022 | $611.80 | 4/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 5/19/2022 | $611.80 | 5/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 7/8/2022 | $611.80 | suspense | $0.00 | $0.00 | $0.00 | $611.80 | $611.80 | |
| 7/11/2022 | $0.00 | 6/1/2022 | $611.80 | $611.80 | $0.00 | -$611.80 | $0.00 | |
| 8/12/2022 | $611.80 | suspense | $0.00 | $0.00 | $0.00 | $611.80 | $611.80 | |
| 8/15/2022 | $0.00 | 7/1/2022 | $611.80 | $611.80 | $0.00 | -$611.80 | $0.00 | |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE | |
|---|---|---|---|---|---|---|---|---|
| 9/26/2022 | $611.80 | suspense | $0.00 | $0.00 | $0.00 | $611.80 | $611.80 | |
| 9/27/2022 | $0.00 | 8/1/2022 | $611.80 | $611.80 | $0.00 | -$611.80 | $0.00 | |
| 10/18/2022 | $1,223.60 | suspense | $0.00 | $0.00 | $0.00 | $1,223.60 | $1,223.60 | |
| 10/19/2022 | $0.00 | 9/1/2022 | $611.80 | $611.80 | $0.00 | -$611.80 | $611.80 | |
| 10/19/2022 | $0.00 | 10/1/2022 | $611.80 | $611.80 | $0.00 | -$611.80 | $0.00 | |
| 11/21/2022 | $611.80 | 11/1/2022 | $611.80 | $611.80 | $0.00 | $0.00 | $0.00 | |
| 1/17/2023 | $619.38 | suspense | $0.00 | $0.00 | $0.00 | $619.38 | $619.38 | |
| 1/18/2023 | $0.00 | **12/1/2022** | $619.38 | **$619.38** | $0.00 | -$619.38 | $0.00 | PCN on file |
| 1/20/2023 | $619.38 | 1/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 2/21/2023 | $619.38 | 2/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 3/20/2023 | $619.38 | 3/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 4/14/2023 | $619.38 | 4/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 6/2/2023 | $619.38 | suspense | $0.00 | $0.00 | $0.00 | $619.38 | $619.38 | |
| 6/5/2023 | $0.00 | 5/1/2023 | $619.38 | $619.38 | $0.00 | -$619.38 | $0.00 | |
| 6/15/2023 | $619.38 | 6/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 7/31/2023 | $619.38 | 7/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 9/22/2023 | $1,238.76 | suspense | $0.00 | $0.00 | $0.00 | $1,238.76 | $1,238.76 | |
| 9/25/2023 | $0.00 | 8/1/2023 | $619.38 | $619.38 | $0.00 | -$619.38 | $619.38 | |
| 9/25/2023 | $0.00 | 9/1/2023 | $619.38 | $619.38 | $0.00 | -$619.38 | $0.00 | |
| 10/19/2023 | $619.38 | 10/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 12/4/2023 | $619.38 | 11/1/2023 | $619.38 | $619.38 | $0.00 | $0.00 | $0.00 | |
| 1/29/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $625.24 | |
| 1/30/2024 | $0.00 | **12/1/2023** | $625.24 | **$625.24** | $0.00 | -$625.24 | $0.00 | PCN on file |
| 2/1/2024 | $625.24 | 1/1/2024 | $625.24 | $625.24 | $0.00 | $0.00 | $0.00 | |
| 2/22/2024 | $625.24 | 2/1/2024 | $625.24 | $625.24 | $0.00 | $0.00 | $0.00 | |
| 3/4/2024 | $625.24 | 3/1/2024 | $625.24 | $625.24 | $0.00 | $0.00 | $0.00 | |
| 5/6/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $625.24 | |
| 5/7/2024 | $0.00 | 4/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $0.00 | |
| 5/30/2024 | $625.24 | 5/1/2024 | $625.24 | $625.24 | $0.00 | $0.00 | $0.00 | |
| 8/8/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $625.24 | |
| 8/9/2024 | $0.00 | 6/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $0.00 | |
| 9/23/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $625.24 | |
| 9/24/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $1,250.48 | |
| 9/24/2024 | $0.00 | 7/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $625.24 | |
| 9/25/2024 | $0.00 | 8/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $0.00 | |
| 9/27/2024 | $625.24 | 9/1/2024 | $625.24 | $625.24 | $0.00 | $0.00 | $0.00 | |
| 11/15/2024 | $625.24 | suspense | $0.00 | $0.00 | $0.00 | $625.24 | $625.24 | |
| 11/19/2024 | $0.00 | 10/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $0.00 | |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| 12/18/2024 | $625.40 | suspense | $0.00 | $0.00 | $0.00 | $625.40 | $625.40 |
| 12/19/2024 | $0.00 | 11/1/2024 | $625.24 | $625.24 | $0.00 | -$625.24 | $0.16 |
| 1/3/2025 | $0.00 | escrow | $0.16 | $0.16 | $0.00 | -$0.16 | $0.00 |
| due | | 12/1/2024 | $625.56 | $625.56 | $0.00 | -$625.56 | -$625.56 |
| due | | 1/1/2025 | $625.56 | $625.56 | $0.00 | -$625.56 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |
| | | | | | $0.00 | $0.00 | -$1,251.12 |

| TRANSACTION DATE | AMOUNT RECEIVED | CONT. DATE APPLIED TO | CONT. PYMT AMOUNT | CONT. PYMT SHOULD BE | DIFFERENCE OF ESCROW | TO/FROM LPS SUSPENSE | LPS SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | $0.00 | -$1,251.12 |

$0.00