Fill in this information to identify the case:

Debtor 1: Donell Talley

Debtor 2: Tammy Irene Talley
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number: 1:19-bk-00221-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Trust Company, N.A., as successor to JPMorgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE3

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 0 0

**Property address:** 5488 Kenwood Ave
Number   Street

Harrisburg, Pennsylvania 17112
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2025
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

| Debtor 1 | Donell Talley | Case number (*if known*) 1:19-bk-00221-HWV |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Elizabeth K. Holdren
Signature

Date 01/27/2025

Print: Elizabeth K. Holdren
First Name   Middle Name   Last Name

Title: Authorized Agent

Company: Hill Wallack LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 21 Roszel Road, P.O. Box 5226
Number   Street

Princeton, NJ 08543-5226
City   State   ZIP Code

Contact phone (609) 734 – 6345

Email eholdren@hillwallack.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Donell Talley and Tammy Irene Talley | CASE NO.: 1:19-bk-00221-HWV |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

      I hereby certify that service was made upon all interested parties, indicated below of Response to Notice of Final Cure of NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Mellon Trust Company, N.A., as successor to JPMorgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE3 on January 27, 2025:

Donell Talley
5488 Kenwood Avenue
Harrisburg, PA 17112
**Debtor**
**Via Regular Mail**

Tammy Irene Talley
5488 Kenwood Avenue
Harrisburg, PA 17112
**Debtor**
**Via Regular Mail**

Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
**Counsel for Debtor**
**Via ECF**

Untied States Trustee
US Courthouse
1501 N 6th St.
Harrisburg, PA 17102
**United States Trustee**
**Via ECF**

Jack N Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
**Via ECF**

By: */s/ Leslie M. DeJesus*