UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re:  DONELL TALLEY           §    Case No. 1:19-bk-00221
        TAMMY IRENE TALLEY      §
                                §
            Debtor(s)            §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Jack N. Zaharopoulos, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 01/18/2019.

2) The plan was confirmed on 05/01/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/09/2019, 06/04/2019, 03/04/2021, 03/31/2021.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 11/05/2024.

5) The case was completed on 11/12/2024.

6) Number of months from filing or conversion to last payment: 69.

7) Number of months case was pending: 73.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,575.00.

10) Amount of unsecured claims discharged without full payment: $410,921.66.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Receipts:** | | | | | | |
| Total paid by or on behalf of the debtor(s) | | | $ 13,792.00 | | | |
| Less amount refunded to debtor(s) | | | $ 0.00 | | | |
| **NET RECEIPTS** | | | | | $ 13,792.00 | |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 5,000.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 975.58 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,975.58 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| KARA K GENDRON | Lgl | 0.00 | NA | NA | 5,000.00 | 0.00 |
| DISCOVER | Uns | 1,022.00 | 1,022.00 | 1,022.00 | 1.37 | 0.00 |
| COMMONWEALTH OF | Pri | 116.55 | 131.18 | 120.98 | 12.36 | 0.00 |
| COMMONWEALTH OF | Uns | 1,220.33 | 131.18 | 10.20 | 0.01 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,535.99 | 1,535.99 | 2.05 | 0.00 |
| CAPITAL ONE BANK | Uns | 597.54 | 611.13 | 611.13 | 0.82 | 0.00 |
| SANTANDER CONSUMER USA | Uns | 12,900.00 | 12,900.27 | 12,900.27 | 17.22 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 7,000.00 | 5,228.17 | 4,916.34 | 4,916.34 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 5,228.17 | 311.83 | 0.42 | 0.00 |
| ECMC | Uns | 0.00 | 11,481.94 | 11,481.94 | 15.32 | 0.00 |
| CITADEL FCU | Sec | 33,999.90 | 34,370.09 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Sec | 0.00 | 1,327.40 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO | Uns | 4,092.26 | 4,092.26 | 2,764.86 | 3.69 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,649.86 | 1,649.86 | 1,649.86 | 2.20 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 1,675.58 | 1,675.58 | 1,675.58 | 2.23 | 0.00 |
| MEMBER FIRST FED. CREDIT | Uns | 3,331.33 | 3,529.81 | 3,529.81 | 4.71 | 0.00 |
| LOWER PAXTON TOWNSHIP | Sec | 359.70 | 359.70 | 359.70 | 359.70 | 0.00 |
| ALLY FINANCIAL | Sec | 20,085.00 | 18,676.73 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| M & T BANK | Uns | 868.86 | 858.54 | 858.54 | 1.14 | 0.00 |
| MIDLAND CREDIT MGMT; | Uns | 865.24 | 865.24 | 865.24 | 1.16 | 0.00 |
| COMCAST | Uns | 488.00 | 488.16 | 488.16 | 0.65 | 0.00 |
| M & T BANK | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SHELLPOINT MORTGAGE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Pri | 0.00 | 197.25 | 197.25 | 197.25 | 0.00 |
| KEYSTONE COLLECTION | Pri | 0.00 | 65.75 | 65.75 | 65.75 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Pri | 220.00 | 662.70 | 230.03 | 230.03 | 0.00 |
| KEYSTONE COLLECTIONS GROUP | Uns | 0.00 | 662.70 | 432.67 | 0.57 | 0.00 |
| KEYSTONE COLLECTION | Pri | 0.00 | 280.95 | 96.67 | 96.67 | 0.00 |
| KEYSTONE COLLECTION | Uns | 0.00 | 280.95 | 184.28 | 0.25 | 0.00 |
| BERKHEIMER ASSOCIATES | Pri | 360.05 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 165,333.00 | 169,316.27 | 169,316.27 | 225.93 | 0.00 |
| M & T BANK | Sec | 70,781.12 | 69,623.54 | 451.74 | 451.74 | 0.00 |
| SHELLPOINT MORTGAGE | Sec | 28,165.47 | 30,982.47 | 1,206.84 | 1,206.84 | 0.00 |
| THE CARRIAGE HOUSE | Sec | 1,386.00 | NA | NA | 0.00 | 0.00 |
| AES/M&T BANK | Uns | 30,409.00 | NA | NA | 0.00 | 0.00 |
| AES/PNC | Uns | 70,400.00 | NA | NA | 0.00 | 0.00 |
| BANFIELD PET HOSPITAL | Uns | 47.50 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT MGMT | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF ACCOUNT MGMT | Uns | 201.56 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 196.00 | NA | NA | 0.00 | 0.00 |
| CCB/BOSCOV | Uns | 3,386.24 | NA | NA | 0.00 | 0.00 |
| CENTRAL MEDICAL EQUIPMENT | Uns | 329.53 | NA | NA | 0.00 | 0.00 |
| CHARLES K FETTERHOFF, JR, DMD | Uns | 139.00 | NA | NA | 0.00 | 0.00 |
| CHARLES K FETTERHOFF, JR, DMD | Uns | 180.40 | NA | NA | 0.00 | 0.00 |
| CHRIST GRANT | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| COLL SVC CENTER | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| DAUPHIN COUNTY PRISON | Uns | 197.75 | NA | NA | 0.00 | 0.00 |
| DAUPHIN COUNTY PRISON | Uns | 247.19 | NA | NA | 0.00 | 0.00 |
| HAYT, HAYT & LANDAU | Uns | 981.49 | NA | NA | 0.00 | 0.00 |
| LENDMARK FINANCIAL SERVICES | Uns | 8,417.36 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,535.00 | NA | NA | 0.00 | 0.00 |
| M & T BANK COLLECTIONS (P) | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| MEMBERS 1ST FCU | Uns | 2,503.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, | Uns | 7,653.54 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, | Uns | 7,653.54 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Uns | 562.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY ASSOC OF CEN PA | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| PAXTON FAMILY DENTAL | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 7.61 | NA | NA | 0.00 | 0.00 |
| SUEZ WATER PENNSYLVANIA | Uns | 97.92 | NA | NA | 0.00 | 0.00 |
| SUSQUEHANNA VALLEY SURGERY | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Uns | 557.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE BANKRUPTCY DEPT | Uns | 352.72 | NA | NA | 0.00 | 0.00 |
| THE ARLINGTON GROUP | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| TRISTAN RADIOLOGY SPECIALISTS | Uns | 17.65 | NA | NA | 0.00 | 0.00 |
| UPMC PINNACLE HEALTH | Uns | 409.59 | NA | NA | 0.00 | 0.00 |
| UPMC PINNACLE HEALTH | Uns | 1,597.10 | NA | NA | 0.00 | 0.00 |
| UPMC PINNACLE HEALTH | Uns | 1,127.09 | NA | NA | 0.00 | 0.00 |
| UPMC PINNACLE HEALTH | Uns | 820.62 | NA | NA | 0.00 | 0.00 |
| USDOE/GLELSI | Uns | 63,720.00 | NA | NA | 0.00 | 0.00 |
| USDOE/GLELSI | Uns | 11,462.35 | NA | NA | 0.00 | 0.00 |
| VERIZON BANKRUPTCY DEPT | Uns | 362.33 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 1,658.58 | $ 1,658.58 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 359.70 | $ 359.70 | $ 0.00 |
| **TOTAL SECURED:** | $ 2,018.28 | $ 2,018.28 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 5,627.02 | $ 5,518.40 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 5,627.02 | $ 5,518.40 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 209,638.63 | $ 279.74 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,975.58 |
| Disbursements to Creditors | $ 7,816.42 |
| **TOTAL DISBURSEMENTS:** | $ 13,792.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 02/21/2025    By: /s/ Jack N. Zaharopoulos
                    STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)