United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00221-HWV |
| Donell Talley | Chapter 13 |
| Tammy Irene Talley | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Donell Talley, Tammy Irene Talley, 5488 Kenwood Avenue, Harrisburg, PA 17112-3082

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Dorothy L Mott
    on behalf of Debtor 2 Tammy Irene Talley DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Dorothy L Mott
    on behalf of Debtor 1 Donell Talley DorieMott@aol.com
    karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Joshua I Goldman

on behalf of Creditor The Bank of New York Mellon Trust Company N.A. fka The Bank of New York Trust Company N.A., as successor to JPMorgan Chase Bank, N.A., as Trustee for GMACM Home Equity Loan Trust 2006-HE3 as serviced josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Kara Katherine Gendron

on behalf of Debtor 1 Donell Talley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron

on behalf of Debtor 2 Tammy Irene Talley karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Laura Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage laura.egerman@mccalla.com legerman@rasnj.com;ras@ecf.courtdrive.com;mccallaecf@ecf.courtdrive.com

Milos Gvozdenovic

on behalf of Creditor Citadel Federal Credit Union mgvozdenovic@weltman.com pitecf@weltman.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Donell Talley, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 1:19−bk−00221−HWV |
| Tammy Irene Talley, | | |
| **Debtor 2** | | |

Social Security No.:
    xxx−xx−0303    xxx−xx−7598

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 1, 2025

**fnldec** (01/22)